**FILED**

**FEB 15 2007**

**CLERK**
**U. S. DISTRICT COURT**
**MIDDLE DIST. OF ALA**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE                        )
                             )  CR. ~~MISC.~~ NO. 2:07mj 19-WC
SEARCH WARRANT               )
                             )

## MOTION TO SEAL SEARCH WARRANT AFFIDAVIT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the search warrant affidavit listed above until investigation is completed.

Respectfully submitted this 15TH day of February, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Christopher A. Snyder*
Christopher A. Snyder
Assistant United States Attorney