IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
IN RE                    )
                         )   CR. ~~MISC~~. NO. 2:07mj19-WC
SEARCH WARRANT           )
                         )
```

## ORDER SEALING SEARCH WARRANT AFFIDAVIT

On Motion of the United States Attorney and for good cause shown, it is hereby ORDERED that the search warrant affidavit listed above is hereby sealed and to be kept secret until further investigation on this case is completed.

DONE this the 15 day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

FILED
FEB 15 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.