AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court FILED

FEB 15 2007

Middle DISTRICT OF Alabama

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
3645 WOODLEY RD, APARTMENT #15
MONTGOMERY, AL 36116

APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

CASE NUMBER: 2:07mj 19-WC

I, Trevor R. Fenwick, being duly sworn depose and say:

I am a(n) Special Agent with U.S. Secret Service and have reason to believe
                    Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
3645 WOODLEY RD, APARTMENT #15, MONTGOMERY, AL 36116 (see attachment C)

in the _____ Middle _____ District of _____ Alabama _____

(describe the person or property) there is now concealed a certain person or property, namely
records, paperwork, computers and computer storage devices relating to fraud and related activity in connection with acces devices and identity theft.

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
Contraband, the fruits of a crime or thing otherwise criminally possessed,

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1028A and 1029(a) _____ .
The facts to support the issuance of a Search Warrant are as follows:
**See attachments A and B**

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

February 7, 2007
Date

at   Montgomery, Alabama
     City and State

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer